UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID OSTIGNY,                  :
                                :
    Plaintiff,               :
                                :
    v.                       :     CASE NO. 3:07CV1777(RNC)
                                :
SUSAN CAMP,                     :
                                :
    Defendant.               :

<u>ORDER ON DISCOVERY MOTIONS</u>

Pending before the court are the defendant's Motion to Quash Deposition, for Protective Order, and for an Award of Expenses (doc. #24) and the plaintiff's Motion to Compel Discovery (doc. #25).

The Federal Rules of Civil Procedure, including Rules 28 and 30, impose certain requirements regarding the recording of a deposition and the officer before whom the deposition is to be taken. Plaintiff's failure to make arrangements in compliance with those rules could subject him to the imposition of sanctions, including the payment of the defendant's attorney's fees if the deposition does not go forward as a result.

In the interest of avoiding disputes at the time of the deposition, the court orders the plaintiff to disclose to the defendant the identity, address and phone number of the stenographer, videographer, and/or other officer before whom the deposition will be taken. Such disclosure shall be made within ten days of this order.

The parties are reminded of their obligations to make good-faith efforts to resolve disputes, as required by Local Rule

37(a).

The defendant's motion for sanctions is denied.

The defendant's motion (doc. #24) is granted in part and denied in part as set forth herein. The plaintiff's Motion to Compel Discovery (doc. #25) is denied as moot.

SO ORDERED at Hartford, Connecticut this 29th day of August 2008.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge